

FILED

JUL 1 4 2016

CLERK, US DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983  2:16cv435

Action Number CL 124
(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

I. PARTIES

A. Plaintiff:

1. (a) Tom hill people and it All (b) _____
(Name)                              (Inmate number)

(c) _____
(Address)

_____

Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.

Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.

B. Defendant(s):

1. (a) ebone boy people (b) _____
(Name)                        (Title/Job Description)

(c) _____
(Address)

_____

2

2.   (a) _Sealer people_
          (Name)

     (b) _____
          (Title/Job Description)

     (c) _____
          (Address)


3.   (a) _Tom hill people again_
          (Name)

     (b) _____
          (Title/Job Description)

     (c) _____
          (Address)


If there are additional defendants, please list them on a separate sheet of paper.  Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint.  If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

## II.   PREVIOUS LAWSUITS

A.   Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?   Yes [ ∿ ]   No [   ]

B.   If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below.  If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

   1.   Parties to previous lawsuit:

   Plaintiff(s) _____ _Jo Do_ _____

   Defendant(s) _____ _Jo Do_ _____


   2.   Court (if federal court, name the district; if state court, name the county):
        _Banded you institution noon/eboy_

   3.   Date lawsuit filed: _____

   4.   Docket number: _____

5.      Name of Judge to whom case was assigned: _____ *Jo Do* _____

_____ *Jo Do* _____

6.      Disposition (Was case dismissed?  Appealed?  Is it still pending?  What relief was granted, if any?) : _____ *banded* _____

_____ *banded* _____

III.   **GRIEVANCE PROCEDURE**

A.     At what institution did the events concerning your current complaint take place: *OK*

*band*

B.     Does the institution listed in "A" have a grievance procedure? Yes [✓] No [  ]

C.     If your answer to "B" is Yes:

1.      Did you file a grievance based on this complaint? Yes [  ] No [✓]

2.      If so, where and when: *Banded you institution*

3.      What was the result? *Banded you institution*

*Banded you institution*

4.      Did you appeal? Yes [  ] No [✓]

5.      Result of appeal: _____ *Banded you institution*

*Banded you institution*

D.     If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [  ] No [✓]

If your answer is Yes, what steps did you take? *Banded*

*Jo Do         Jo Do         Jo Do*

E.     If your answer is No, explain why you did not submit your complaint to the prison authorities:

*Banded you institution noonie boy*

4

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were
harmed by their action. Also include the dates, places of events, and constitutional amendments
you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate
paragraph. Attach additional sheets if necessary.

Kung-fu people
Kung-fu people
Kung-fu people
Kung-fu people
Kung-fu people
Kung-fu people
Kung-fu people
Kung-fu people
Kung-fu people
Kung-fu people
Kung-fu people
Kung-fu people
Kung-fu people
Kung-Fu people
Kung-fu people
Kung-fu people
Kung-fu people
Kung-fu people
Kung-fu people
Kung-fu people

## V.  RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. _JCE_ (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

✓ Award money damages in the amount of $ _Kung-fu people_

✓ Grant injunctive relief by _Kung-fu people_

✓ Other _I will like a Transfer to forensic unit_

## VI.  PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

_I want a good Transfer to Forensic unit and it to poter drug Central State Hospital I like a going to Forenic PRESENT_

## VII.  CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge: Yes [  ]  No [ ✓ ]**. You may consent at any time; however, an early consent is encouraged.

## VIII.  SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this _____ day of _____ , 20_16___ .

Plaintiff _OK_____